UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL OWENS,

               Plaintiff,

       -against-

DOE,

               Defendant.

25-cv-7895(LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 23, 2025
           New York, New York

           /s/ Laura Taylor Swain
             LAURA TAYLOR SWAIN
         Chief United States District Judge